No. 11–9946.   MOSER v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 11–9947.   POULIN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 11–9954.   BUCK v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 11–217.   DAWES ET UX. v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–958:   KERESTES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. v. PABON.   C. A. 3d Cir.   Motion of respondent for leave to proceed in forma pauperis granted.   Certiorari denied.

No. 11–1019.   TENENBAUM v. SONY BMG MUSIC ENTERTAINMENT ET AL.   C. A. 1st Cir.   Certiorari denied.   THE CHIEF JUSTICE and JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–9846.   MARCUSSE v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN.   C. A. 6th Cir.   Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9878.   SIMMONS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9926.   BROWN v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.   JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 11–9962.   POLK v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1111.   MURRAY ET AL. v. SULLIVAN ET AL., ante, p. 923;
No. 11–5941.   SANDERS v. KENTUCKY, ante, p. 907;
No. 11–7081.   COOK v. HUBIN ET AL., 565 U. S. 1204;

1018

No. 11–7098. WHITE v. LONGINO, DEPUTY WARDEN, ET AL., *ante,* p. 907;

No. 11–7669. EL-MUMIT v. LOUISIANA, *ante,* p. 908;

No. 11–7725. ROJAS v. CONNECTICUT, 565 U. S. 1209;

No. 11–7874. HATCHER v. UNITED STATES, 565 U. S. 1183;

No. 11–8162. RASCON v. TEXAS, 565 U. S. 1249;

No. 11–8275. CUFFY v. FLORIDA, 565 U. S. 1266;

No. 11–8314. MIDDLETON v. MOTLEY RICE LLC, 565 U. S. 1267;

No. 11–8352. VIVAS v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES, *ante,* p. 908;

No. 11–8429. VELEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 909;

No. 11–8453. BROWN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 910;

No. 11–8557. PORCO v. NEW YORK, *ante,* p. 924;

No. 11–8563. BARRINO v. DEPARTMENT OF THE TREASURY ET AL., *ante,* p. 912;

No. 11–8696. TIERNEY v. ESPINADA, WARDEN, ET AL., 565 U. S. 1270;

No. 11–8926. WHEELER v. UNITED STATES, 565 U. S. 1275;

No. 11–9060. LEVINE v. HOLENCIK, WARDEN, *ante,* p. 928; and

No. 11–9169. GRAHAM v. UNITED STATES, *ante,* p. 951. Petitions for rehearing denied.

MAY 23, 2012

No. 10–1545. DEMIRAJ ET AL. v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

MAY 29, 2012

No. 11–99. HOLDER, ATTORNEY GENERAL v. MOJICA. C. A. 9th Cir.;